# UNITED STATES DISTRICT COURT

| Eastern | **District of** | California |

| Rodney Hall | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |

V.

Gurdeep Sahota, et al.

**CASE NUMBER:** 2:15-cv-2267 GEB

Defendant (s),

Notice is hereby given that, subject to approval by the court, _____Rodney Hall_____ substitutes
(Party (s) Name)

_____Justin D. Harris_____, State Bar No. _____199112_____ as counsel of record in place
(Name of New Attorney)

place of _____Rodney Hall_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Harris Law Firm, PC
Address: 7110 N. Fresno St., Suite 400, Fresno, CA 93720
Telephone: 559-272-5700  Facsimile 559-554-9989
E-Mail (Optional): jdh@harrislawfirm.net

I consent to the above substitution.

Date: 1/8/18                                      /s/ Rodney Hall
                                                  (Signature of Party (s))

I consent to being substituted.

Date:                                             _____
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/15/18                                     /s/ Justin D. Harris
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/16/2018                                   /s/ Carolyn K. Delaney
                                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**