# UNITED STATES DISTRICT COURT

Eastern **District of** California

Rodney Bernard Hall
    Plaintiff (s),

V.

Dr. Gurdeep Sahota, et al.,

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:15-cv-02267- CKD

Notice is hereby given that, subject to approval by the court, __Dr. Sahota__ substitutes
(Party (s) Name)

__Thomas P. Feher__, State Bar No. __149944__ as counsel of record in place
(Name of New Attorney)

place of __Neli Nima Palma, Deputy Attorney General__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     LeBeau – Thelen, LLP

    Address:     P.O. Box 12092, Bakersfield, CA 93389-2092

    Telephone:     661-325-8962      Facsimile  661-325-1127

    E-Mail (Optional):     tfeher@lebeauthelen.com

I consent to the above substitution.

Date:     4/12/18                 /s/Preetranjan Sahota
                                                       (Signature of Party (s))

I consent to being substituted.

Date:     3/28/18                 /s/Neli Palma
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     4/12/18                 /s/Thomas P. Feher
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     April 18, 2018            /s/ Carolyn K. Delaney
                                                                 Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**