| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>PETER A. MESHOT, State Bar No. 117061<br>Supervising Deputy Attorney General<br>DIANA ESQUIVEL, State Bar No. 202954<br>Deputy Attorney General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7320<br>  Facsimile: (916) 322-8288<br>  E-mail: Diana.Esquivel@doj.ca.gov<br>*Attorneys for Defendant Nangalama* | Justin D. Harris, State Bar No. 199112<br>HARRIS LAW FIRM, PC<br>7110 N. Fresno St., Suite 400<br>Fresno, California 93720<br>Telephone: (559) 272-5700<br>Facsimile: (559) 554-9989<br>Email: jdh@harrislawfirm.net<br>*Attorneys for Plaintiff Rodney Hall* |

Thomas P. Feher, State Bar No. 149944
LEBEAU-THELEN, LLP
  P.O. Box 12092
  Bakersfield, CA 93389-2092
  Telephone: (661) 325-8962
  Facsimile: (661) 325-1127
  Email: tfeher@lebeauthelen.com
*Attorneys for Defendant Sahota*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEY HALL,**<br><br>                      Plaintiff,<br><br>      v.<br><br>**GURDEEP SAHOTA, et al.,**<br><br>                    Defendants. | No. 2:15-cv-2267 TLN-CKD P<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER AND TO REFER CASE TO SETTLEMENT CONFERENCE**<br><br>Trial Date:   None<br>Action Filed:  November 2, 2015 |

The Court having reviewed the parties' stipulation (ECF No. 44) and good cause appearing, now therefore, makes the following orders:

1

1. The stipulation is approved;

2. The Court will refer this matter to the Prison Settlement Program for a settlement conference on October 10, 2018 at 9:00 a.m. in Courtroom 25 before Magistrate Judge Kendall J. Newman. The parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. These statements should not be filed on the case docket. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

3. All discovery deadlines, including deadlines to file motions to compel discovery, are extended 30 days from the date of the settlement conference.

4. The deadline to file pretrial motions, except motions to compel discovery, shall remain January 31, 2019, as that date is more than 60 days after the settlement conference.

5. All other provisions of the February 14, 2017 Discovery and Scheduling Order (ECF No. 25) shall remain in effect.

**IT IS SO ORDERED.**

Dated: August 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE